| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Gold Star Express, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **46-1470879**

4. **Debtor's address**

   **Principal place of business**  
   **340 Mitch McConnell Way**  
   **Bowling Green, KY 42101**  
   Number, Street, City, State & ZIP Code

   **Warren**  
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify:

Debtor **Gold Star Express, LLC**     Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4841**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **Gold Star Express, LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Gold Star Express, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor  **Gold Star Express, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 16, 2023**
MM / DD / YYYY

X **/s/ Damira Nezic**                              **Damira Nezic**
Signature of authorized representative of debtor     Printed name

Title   **Member**

**18. Signature of attorney**

X **/s/ Robert C. Chaudoin**                         Date **November 16, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Robert C. Chaudoin 84351**
Printed name

**Harlin Parker**
Firm name

**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
Number, Street, City, State & ZIP Code

Contact phone  **270-842-5611**     Email address  **chaudoin@harlinparker.com**

**84351 KY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gold Star Express, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express Correspondence/Bankruptcy PO Box 981540 El Paso, TX 79998** | | | | | | $38,487.00 |
| **Ascentium Capital, LLC Attn: Bankruptcy Dept 23970 Hwy 59N Kingwood, TX 77339-1535** | | 2020 Volvo Truck VNL64T760   VIN ********2042 | | Unknown | Unknown | Unknown |
| **Commercial Credit Group Inc.** | | 1999 Flatbed Wabash VIN *****5698 | | $12,413.55 | $7,000.00 | $5,413.55 |
| **Commercial Credit Group Inc.** | | 2016 Flatbed Utility VIN *****2453 | | $12,413.55 | $8,000.00 | $4,413.55 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | GS21 53' Van F4A413 2024 Wabash VIN ********3852 | | $44,235.78 | $24,000.00 | $20,235.78 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | GS20 53' Van F4A406 2024 Wabash VIN *********3855 | | $44,235.78 | $24,000.00 | $20,235.78 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | GS27 53' Van F4A391 2024 Wabash VIN *******2925 | | $46,691.52 | $24,000.00 | $22,691.52 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | GS26 53' Van F4A389 2024 Wabash VIN *******2924 | | $46,691.52 | $24,000.00 | $22,691.52 |

Debtor  **Gold Star Express, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **GS24 53' Van F4A388 2024 Wabash VIN *******2923** | | $46,691.52 | $24,000.00 | $22,691.52 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **GS32 53' Van F4A406 2024 Wabash VIN *****3851** | | $44,235.78 | $24,000.00 | $20,235.78 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **GS31 53' Van F4A408 2024 Wabash VIN ******3854** | | $44,235.78 | $24,000.00 | $20,235.78 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **G518 53' Van C2V067 2023 Wabash VIN ******4773** | | $58,869.71 | $23,000.00 | $35,869.71 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **G516 53' Van C2V065 2023 Wabash VIN *******4771** | | $58,869.71 | $23,000.00 | $35,869.71 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **G517 53' Van 2023 Wabash VIN ******4772** | | $58,869.71 | $23,000.00 | $35,869.71 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 2001 Nashville, TN 37205** | | **G515 53' Van C2V064 2023 Wabash VIN ********4770** | | $58,869.71 | $23,000.00 | $35,869.71 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **GS19 53' Van C5L770 2023 Wabash VIN *********4765** | | $58,659.07 | $23,000.00 | $35,659.07 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **GS25 53' Van 2024 Wabash VIN ******2929** | | $46,691.52 | $24,000.00 | $22,691.52 |
| **Fountain Equipment Finance 4525 Harding Pike, Suite 200 Nashville, TN 37205** | | **GS29 53' Van F4A408 2024 Wabash VIN ******2927** | | $46,691.52 | $24,000.00 | $22,691.52 |

Debtor   **Gold Star Express, LLC**　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fountain Equipment Finance** **4525 Harding Pike, Suite 200** **Nashville, TN 37205** | | **GS28 53' Van F4A391 2024 Wabash VIN ********2926** | | **$46,691.52** | **$24,000.00** | **$22,691.52** |
| **Small Business Administration Office of Capital Access** **409 Third St. SW, Suite 8200** **Washington, DC 20416** | | | | | | **$1,274,317.52** |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 3

# United States Bankruptcy Court
## Western District of Kentucky

In re **Gold Star Express, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Damira Nezic**<br>**743 Park Hills Street**<br>**Bowling Green, KY 42101** | | | **Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 16, 2023**        Signature **/s/ Damira Nezic**  
                                                                **Damira Nezic**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Western District of Kentucky

In re   **Gold Star Express, LLC**                                           Case No.
                            Debtor(s)                                         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 16, 2023**                    **/s/ Damira Nezic**
                                                 **Damira Nezic**/**Member**
                                                 Signer/Title

```
American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Ascentium Capital, LLC
Attn: Bankruptcy Dept
23970 Hwy 59N
Kingwood, TX 77339-1535

BMO Harris Bank USA
PO Box 74897
Chicago, IL 60694

Commercial Credit Group Inc.


FirstLine Funding Group
1108 Washington Avenue 8

Fountain Equipment Finance
4525 Harding Pike, Suite 2001
Nashville, TN 37205

Fountain Equipment Finance
4525 Harding Pike, Suite 200
Nashville, TN 37205

Small Business Administration
Office of Capital Access
409 Third St. SW, Suite 8200
Washington, DC 20416

Sumitomo Mitsui Finance & Leasing Co.
Attn: Bankruptcy Department
666 Third Avenue, 8th Floor
New York, NY 10017

Wabash National Financial Services
Attn: Bankruptcy Dept
655 Business Center Drive
Horsham, PA 19044
```

# United States Bankruptcy Court
## Western District of Kentucky

In re: **Gold Star Express, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gold Star Express, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Damira Nezic
743 Park Hills Street
Bowling Green, KY 42101

☐ None [*Check if applicable*]

**November 16, 2023**
Date

**/s/ Robert C. Chaudoin**
**Robert C. Chaudoin 84351**
Signature of Attorney or Litigant
Counsel for **Gold Star Express, LLC**
**Harlin Parker**
**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
**270-842-5611 Fax:270-842-2607**
**chaudoin@harlinparker.com**